FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0225



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0225

TIMOTHY C. HAITHCOX,

        Petitioner,

v.

CAPT. JIM SALMONSEN, Warden, Montana
State Prison,

        Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

DATED April 8, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court